**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ubaldo URBANO–MORALES, Defendant–Appellant.**

No. 00–50462.

D.C. No. CR–00–00010–VAP.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.[1]

Decided June 1, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM[2]

Ubaldo Urbano–Morales appeals the judgment of conviction and 77–month sentence imposed after his guilty plea to being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Urbano–Morales contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Urbano–Morales had been deported subsequent to a prior conviction for an aggravated felony. He also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *as amended* (Feb. 8, 2001), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, —— L.Ed.2d —— (2001). *See United States v. Castillo Rivera,* 244 F.3d 1020 (9th Cir.2001).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.